UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LUIZ LUCATELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:11-cv-01829-RCJ -VCF |
| v. | ) | |
| | ) | **O R D E R** |
| TEXAS DE BRAZIL, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is the defendants' Joint Status Report (#25) and the plaintiff's Counter Status Report (#26). On May 10, 2012, the parties contacted the court requesting to set an emergency hearing regarding a discovery dispute. The court ordered the parties to file a joint status report outlining the discovery dispute, or, in the event the parties could not agree, to file separate status reports.

On May 11, 2012, the parties filed separate status reports. (#25 and #26). As indicated in the reports, the court held a hearing on the defendants' motion to dismiss (#5), and indicated the inclination to grant the motion without prejudice. (#20). The court took the matter under submission. *Id.* On April 25, 2012, defendants filed a motion for protective order staying discovery, asserting that discovery would be futile if the court grants the motion to dismiss (#5). (#21). Plaintiff's opposition to the motion is due on May 14, 2012. *Id.* The court scheduled a hearing on the motion for protective order (#21) for June 5, 2012. (#23). Plaintiff noticed depositions of the defendants for May 15-17, 2012, in Las Vegas, NV. (#25). Defendants served formal objections to the notices on April 24, 2012. *Id.*

Plaintiff has indicated the intent to proceed with the depositions, and defendants ask this court to issue an order staying discovery and ordering plaintiff to "cease his efforts to obtain discovery from [d]efendants while pending motions are unresolved." (#25 and #26).

Accordingly, and for good cause shown,

IT IS ORDERED that the parties' request for a hearing on this matter is DENIED.

1    IT IS FURTHER ORDERED that discovery is temporarily STAYED until the court hears argument on the Motion for Protective Order (#21), which is currently scheduled for June 5, 2012. The depositions noticed by plaintiff shall not proceed, and the time for responding to any pending written discovery will be set, if necessary, in the court's order deciding the Motion for Protective Order. The parties shall not serve or notice any discovery until the temporary stay is lifted.

DATED this 11th day of May, 2012.

_____
**CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE**