# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LUIZ LUCATELLI, | 2:11-cv -01829 -RCJ -VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| TEXAS DE BRAZIL (LAS VEGAS) CORPORATION, *et al.,* | |
| Defendant. | |

Due to a conflict on the Court's calendar, the hearing on Texas de Brazil's Motion for Protective Order Staying All Discovery (dkt. 21) currently scheduled for Tuesday, June 5, 2012 at 3:00 p.m. is vacated.

IT IS HEREBY ORDERED that the hearing on Texas de Brazil's Motion for Protective Order Staying All Discovery (dkt. 21) shall be rescheduled for Monday, June 11, 2012 at 10:00 a.m. in Courtroom 3A.

DATED this 17th day of May, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE