# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

LUIZ LUCATELLI,

          Plaintiff,

vs.

TEXAS DE BRAZIL (LAS VEGAS)

CORPORATION, *et al.*,

          Defendant.

2:11-cv -01829 -RCJ -VCF

**ORDER**

On June 11, 2012, the Court held a hearing on the Motion for Protective Order Staying all Discovery (#21).

IT IS HEREBY ORDERED that defendants' Motion for Protective Order Staying all Discovery (#21) is DENIED.

IT IS FURTHER ORDERED that the last day for filing and serving the Amended Complaint is June 15, 2012.

IT IS FURTHER ORDERED that the following discovery deadlines shall apply:

1. Discovery Cut-off:     Discovery will take 210 days from June 15, 2012.  All discovery must be completed no later than January 11, 2013.

2. Disclosures of Experts:    Expert disclosures shall be made on or before November 12, 2012 and the disclosures of rebuttal experts shall be made 30 days after the initial disclosures of experts, and not later than December 12, 2012.

3. Dispositive Motions:      The parties shall file dispositive motions 30 days after the discovery cut-off date, and therefore not later than February 10, 2013.

4. Pretrial Order:      The Joint Pretrial Order is due on March 12, 2013.  If dispositive motions are filed, the joint pretrial order is due thirty days from the entry of the court's rulings on the motions.

5. Interim Status Report:      The Interim Status Report shall be due 60 days prior to discovery cut-off or November 12, 2012.

6. Extensions or Modifications of the Discovery Plan and Scheduling Order:

Any stipulation or motion for modifications or extension of the discovery plan and scheduling order must be made not later than 21 days prior to the discovery cut-off date, and not later than December 21, 2012.

DATED this 11th day of June, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE